UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JUAN BODDIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 4:20-CV-204-D** |
| KILOLO KIJAKAZI, Acting Commisioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff failed to comply with this court's order of August 3, 2021 [D.E. 19]. In that order, the court warned plaintiff that "failure to respond to this order could result in sanctions, up to and including dismissal." In light of plaintiff's failure to comply, the action is DISMISSED without prejudice.

**This Judgment Filed and Entered on August 17, 2021, and Copies To:**

| | |
|---|---|
| Juan Boddie | (Sent to 1205 Newsome St. Tarboro, NC 27886 via US Mail) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK
August 17, 2021  (By) /s/ Nicole Sellers
  Deputy Clerk